# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| MARCY KRINSK, individually and on behalf of all others similarly situated, | CASE NO. 3:14-cv-1984-GPC-BLM |
|---|---|
| Plaintiff, | **ORDER:** |
| vs. | **(1) DENYING DEFENDANTS' MOTION TO STAY AS MOOT;** |
| WHITEWAVE FOODS COMPANY; THE VONS COMPANIES, INC.; SAFEWAY INC.; and DOES 1 through 50, inclusive, | **(2) GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD;** |
| | **(3) VACATING HEARING DATE** |
| Defendants. | |

On August 28, 2014, defendants filed a motion to stay pending a decision by the Judicial Panel on Multidistrict Litigation ("JPML") whether to transfer this case, pursuant to Rule 7.1(a) of the Rules of Procedure of the JPML, to In Re: Horizon Organic Milk Plus DHA Omega-3 Marketing and Sales Practice Litigation, MDL Case No. 2324, pending before the Honorable Joan A. Lenard of the United States District Court for the Southern District of Florida. (ECF No. 5.) On September 3, 2014, the JPML decided that this case was not appropriate for inclusion in the MDL. In Re: Horizon Organic Milk Plus DHA Omega-3 Marketing and Sales Practice Litigation, 1:12-MD-2324, (J.P.M.L. 2012), ECF No. 44.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Defendants' motion to stay is **DENIED** as moot;
2. Defendants' motion for extension of time to answer or otherwise plead is **GRANTED**. If defendants wish to answer or otherwise plead, they must do so on or before **September 17, 2014**; and
3. The hearing set for December 5, 2014 is **VACATED**.

DATED: September 3, 2014

HON. GONZALO P. CURIEL
United States District Judge